[S. F. No. 1770. In Bank—Aug. 14, 1899.]

E. J. BALDWIN, Petitioner, v. SUPERIOR COURT, et cetera, et al., Respondents.

APPEAL FROM NEW TRIAL ORDER—UNDERTAKING TO STAY EXECUTION—SUPERSEDEAS.—An undertaking in double the amount of a judgment for the recovery of money is sufficient to stay execution upon appeal from an order denying a new trial, though there is no appeal from the judgment; and a writ of supersedeas will issue from this court to prevent the plaintiff from enforcing the judgment pending such appeal.

MOTION in the Supreme Court for a writ of supersedeas to stay execution upon the judgment pending an appeal from an order of the Superior Court of the City and County of San Francisco, denying a new trial. John Hunt, Judge.

The facts are stated in the opinion of the court.

Byron Waters, for Petitioner.

T. J. Roche, and Linforth & Whitaker, for Respondents.

The COURT.—This is a petition for a writ of supersedeas to stay all proceedings upon a certain judgment against petitioner pending an appeal. The judgment was rendered in the superior court against petitioner, and in favor of one Roche, for a certain sum of money; petitioner appealed from an order denying his motion for a new trial and gave an undertaking in double the amount of the judgment, but has not appealed from the

judgment; and the plaintiff in the action is proceeding to enforce the judgment by execution, notwithstanding the undertaking, upon the theory that the execution of a judgment directing the payment of money cannot be stayed upon an appeal from an order denying a new trial, where there is no appeal from the judgment itself.   It was held otherwise, however, in the recent case of *Holland v. McDade, ante,* p. 353,   and upon the authority of that case the petition must be granted.

Let the writ of supersedeas issue as prayed for in the petition.